# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Marecus BARBEE<br>8137 Linden Leaf Circle<br>Columbus, OH 43235<br><br>*Defendant(s)* | Case No. 2:25-mj-502 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of August 2021 - August 20, 2025 in the county of Franklin in the Southern District of Ohio, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 2250(a) | Failure to Register as a Sex Offender |

This criminal complaint is based on these facts:

See attached affidavit incorporated herein by reference

☐ Continued on the attached sheet.

*Damon Willaman*
Complainant's signature

Damon Willaman, DUSM S/OH
Printed name and title

Sworn to before me and signed in my presence.

Date: 08/28/2025

Kimberly A. Jolson
United States Magistrate Judge

City and state: Columbus, Ohio

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **In the Matter of:** | ) | |
| | ) | **Case No.:** 2:25-mj-502 |
| **United States of America** | ) | |
| v. | ) | |
| **Marecus Barbee** | ) | **Magistrate Judge:** |
| **8137 Linden Leaf Circle** | ) | |
| **Columbus, Ohio 43235** | ) | |

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Damon Willaman, a Deputy United States Marshal, being duly sworn, do hereby declare and state the following:

### INTRODUCTION

1. I am a Deputy United States Marshal (DUSM) assigned to the Southern District of Ohio, Columbus Office, and have been so employed since June 2010. I am a graduate of Basic Deputy U.S. Marshal Academy at the Federal Law Enforcement Training Center (FLETC) in Glynco, GA in October 2010 as well as the Criminal Investigator Training Program at FLETC in August 2010. I also receive regular in-service training in fugitive and sex offender investigations from the U.S. Marshals Service (USMS) as well as various other federal and state resources. During my career, I have been assigned to multiple fugitive, escape and sex offender investigations. I am the District Sex Offender Coordinator (DSOC) for the Southern District of Ohio and primarily conduct investigations involving sexual offenders and their duty to register. As a DSOC, I am authorized under 28 U.S.C. § 564 to enforce the laws of the United States, including violations of the Sex Offender Registration and Notification Act (SORNA), 42 U.S.C. § 16901, *et seq.*, and federal Failure to Register offenses, pursuant to 18 U.S.C. § 2250.

2. The statements contained in this affidavit are based in part on information provided by local and state law enforcement in both Ohio and Tennessee; written reports about this investigation that I have received, directly or indirectly, from other law enforcement agents; and my experience, training, and background as a DUSM. Since this affidavit is being submitted for the limited purpose of obtaining a criminal complaint, I have not included every fact known to me concerning this investigation. I have set forth only the facts necessary to establish probable cause that a federal crime has been committed. I have not omitted any facts that would negate probable cause. I have set forth only the facts that I believe are necessary to establish probable cause to believe Marecus Barbee (BARBEE) committed the violation listed below.

1

3. This affidavit is submitted to show that there is probable cause to believe that BARBEE has violated criminal laws, including 18 U.S.C. § 2250 (a) – Failure to Register as a Sex Offender.

## PROBABLE CAUSE

4. On or about July 24, 2025, Jane Doe contacted Columbus Police (CPD) to report allegations of sexual abuse by Marecus BARBEE against her two minor daughters who were 10-years-of age and 12-years-of age. Jane Doe was the girlfriend of BARBEE and had been with BARBEE for many years. Jane Doe reported they began dating back when they lived in Tennessee together. Upon learning about the allegations of sexual abuse against her children, Jane Doe kicked BARBEE out of the home[1].

5. The investigation into BARBEE revealed on or about February 12, 1997, BARBEE was convicted of Rape of a Child in the Robertson County, Tennessee Circuit Court in violation of Tennessee Code Annotated (TCA) Section 39-13-522. BARBEE's victim was a 12-year-old female whom he vaginally penetrated. BARBEE was sentenced to 13.5 years in prison on July 7, 1997. As a result, BARBEE was required to register as a sex offender for the remainder of his lifetime in Tennessee.

6. On one occasion when BARBEE registered as a sex offender in Tennessee, specifically on August 28, 2020, the terms and conditions of his registration were outlined in the paperwork he received. He acknowledged those requirements and signed and dated the registration paperwork. In that paperwork signed by BARBEE, there is a section titled "Notification of Federal Duty to Register as a Sex Offender." This section stated the following:

> Under the Sex Offender Registration and Notification Act, a federal law, persons with sex offense convictions must register as a sex offender and keep their registration current in each jurisdiction (state, territory, or tribe) in which they reside, and in each jurisdiction (state, territory, or tribe) where they are employed (including self-employment, non-compensated, and volunteer activities), and in each jurisdiction (state, territory, or tribe) where they are a student. Depending on the type of sex offense for which convicted, offenders must appear in person every three months, every six months or every year to allow the jurisdiction to take a current photograph and to verify pertinent information. In addition to the requirement for periodic updating of registration, convicted sex offenders are required to notify the jurisdiction where they are required to register not later than three business days (48 hours under Tennessee law), in person, after any change of name, residence, employment, or student status.
>
> Convicted sex offenders are required to notify the jurisdiction where they are required to register not later than three business days (48 hours under Tennessee law) of a change of any other information given to the registering agency by the offender that is contained on the registration form. This

---

[1] The investigation by CPD into these allegations made by Jane Doe are still ongoing.

2

includes, but is not limited to, changes in the offender's mailing address, vehicle descriptions, vehicle information numbers, and license tag numbers (this includes both vehicles used or owned by an offender), the complete listing of the offender's electronic mail address information or any instant message, chat or other Internet communication name or identity that the person uses or intends to use, minors residing in the primary or secondary residence, complete name and all aliases, including, but not limited to, any names that the offender may have had or currently has by reason of marriage or otherwise, including pseudonyms and ethnic or tribal names, copies of all passport and immigration documents, professional licensing information that authorizes an offender to engage in an occupation or carry out a trade or business, and any other registration, verification and tracking information contained on the registration form. Failure to comply with these obligations subjects the convicted offender to prosecution for failure to register or update their registration under federal law, 18 U.S.C. § 2250, punishable by up to 10 years imprisonment, which may be independent of any additional state law violations.

7. On or about June 24, 2021, BARBEE registered as a sex offender for the last time. BARBEE listed his home address as 1710 South Main Street, Springfield, TN 37172 and acknowledged his requirements and duties for sex offender registration. On or about June 30, 2022, the Robertson County, TN Sheriff's Office issued an arrest warrant for BARBEE, charging him with Failure to Register as a Sex Offender. This state court warrant out of Tennessee is still active.

8. As a result of the investigation initiated by Jane Doe, CPD contacted the Franklin County, Ohio Sheriff's Office (FCSO) to report BARBEE, an unregistered sex offender, had been living in their county. On or about August 18, 2025, FCSO issued an arrest warrant for BARBEE, charging him with Failure to Register as a Sex Offender. The warrant was immediately adopted by the Southern Ohio Fugitive Apprehension Strike Team (SOFAST).

9. On or about August 18, 2025, your affiant verified BARBEE had never registered as a sex offender in the state of Ohio.

10. On or about August 19, 2025, your affiant spoke with Jane Doe via telephone who stated she and BARBEE met in Tennessee and then moved to Ohio together in 2021. Jane Doe gave the various addresses of the residences they resided at together, all of which were in Columbus, Ohio.

11. On or about August 20, 2025, USMS arrested BARBEE. After receiving and then waiving his *Miranda* warnings, BARBEE admitted he had been living in Ohio since 2021. BARBEE acknowledged he has not registered as a sex offender in the state of Ohio, although he had thought about it. BARBEE was aware of his warrant in the state of Tennessee.

12. In a follow-up conversation occurring with Jane Doe on or about August 27, 2025, your affiant learned Jane Doe and BARBEE moved to Columbus, Ohio in August 2021 when Jane Doe started a new job here.

## CONCLUSION

13. Based on the aforementioned facts, I request that the Court issue the proposed criminal complaint and arrest warrant for the individual listed above, as there is probable cause to believe Marecus BARBEE has committed violations of federal law, including 18 U.S.C. § 2250(a) – Failure to Register as a Sex Offender

Damon Willaman
Deputy U.S. Marshal
United States Marshals Service

Subscribed and sworn to before me on the __28th__ day of August, 2025.

Kimberly A. Jolson
United States Magistrate Judge

4